ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Technology Systems, Inc. ) | ASBCA No. 60126 |
| ) | |
| Under Contract Nos. N00039-07-C-0006 ) | |
| N00014-07-C-0236 ) | |
| N00014-07-C-0340 ) | |
| N00178-05-D-4527 ) | |

APPEARANCE FOR THE APPELLANT:    Mr. Charles Benton
President/Owner

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Debra Berg, Esq.
Trial Attorney
Defense Contract Management Agency
Boston, MA

## ORDER OF DISMISSAL

By status report filed on 6 March 2017, the government informed the Board that the parties had come to an agreement over the issues in this appeal and that it would not object to its dismissal with prejudice once appellant filed the anticipated request. On 7 March 2017, appellant submitted a letter to the Board requesting the dismissal of this appeal with prejudice. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 10 March 2017

J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60126, Appeal of Technology Systems, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals